### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| 1.  MALLORIE HAMLIN, an individual )<br>)<br>Plaintiff, )<br>)<br>v.   )<br>)<br>1.  SMG HOLDINGS, INC.,   )<br>a domestic limited liability company,   )<br>)<br>)<br>Defendant.   ) | Case No.  15-CV-731-TCK-PJC |

### STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1)(A)(ii), Plaintiff, Mallorie Hamlin, and Defendant, SMG Holdings, Inc., being all parties who have appeared, stipulate to the dismissal with prejudice of this action and all claims and causes of action asserted therein, with each party bearing its own attorney fees and costs.

Dated this 10th day of May, 2017.

Respectfully Submitted,

*/s/ Charles C. Vaught*
*Signed by filing attorney with*
*permission from Charles C. Vaught*
Charles C. Vaught, OBA #19962
ARMSTRONG & VAUGHT, P.L.C.
2727 E. 21st Street, Suite 505
Tulsa, OK 74114
(918) 582-2500
(918) 583-1755 Facsimile
cvaught@a-vlaw.com
***Attorneys for Plaintiff***

*/s/Courtney D. Powell*
Courtney D. Powell, OBA #19444
Shannon F. Davies, OBA #13565
Spencer Fane, LLP

–1–

        9400 N. Broadway Extension
        Suite 600
        Oklahoma City, Oklahoma 73114-7423
        405-844-9900
        405-844-9958 Facsimile
        cpowell@spencerfane.com
        sdavies@spencerfane.com
        ***Attorneys for Defendant***